IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHAD WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 11-0658-CG-B |
| | ) |
| KLASSIC KAR WASH, L.L.C., | ) |
| & PETE HOLIFIELD, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The plaintiff having filed a Notice of Dismissal of Defendant Klassic Kar Wash, L.L.C. (Doc. 7), the plaintiff's claims against Klassic Kar Wash, L.L.C. are hereby **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 26th day of January, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE