IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHAD WRIGHT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 11-0658-CG-B |
| PETE HOLIFIELD, | ) ) ) |
| Defendant. | ) ) |

## DEFAULT JUDGMENT

In accordance with the court's orders issued on November 26, 2012 (Doc. 27), and on January 9, 2013 (Doc. 30), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that default judgment is entered in favor of plaintiff, Chad Wright, against defendant, Pete Holifield, in the amount of $29,323.50, plus $8,823.00 in attorneys' fee and costs for a total amount of $38,146.50.  Post-judgment interest shall accrue at the statutory rate of .15% pursuant to Title 28 U.S.C. § 1961.

**DONE and ORDERED** this 9th day of January, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE